# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of August, two thousand twenty-four.

_____

In Re: Application of

Moussy Salem,

        Applicant,

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM JPMORGAN CHASE BANK, N.A.
--------------------------------------------------------

Moussy Salem,

        Applicant - Appellee,

v.

Freddy Salem,

        Interested Party - Appellant.

_____

**ORDER**

Docket No. 24-1940

    Counsel for Appellant has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 30, 2024, as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

    IT IS HEREBY ORDERED that Appellant's brief must be filed on or before October 29, 2024. The appeal is dismissed effective October 29, 2024, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

