# 24-1940-CV

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

IN RE APPLICATION OF MOUSSY SALEM FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 FROM J.P. MORGAN CHASE BANK N.A.,

———————————

MOUSSY SALEM,

*Applicant-Appellee,*

- against -

FREDDY SALEM,

*Interested Party-Movant-Appellant.*

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
NO. 24 MISC. 5 (JPC)

**STIPULATION PURSUANT TO LOCAL RULE 42.1**

———————————

1

**WHEREAS** this appeal arises from a Section 1782 application for discovery in aid of underlying litigation in England;

**WHEREAS** the parties are engaged in settlement negotiations of the underlying litigation in England, which has been stayed pending those negotiations;

**WHEREAS** a face-to-face negotiation session is scheduled for this week;

**WHEREAS** the parties believe that it continues to be in the interest of judicial efficiency for this Section 1782 proceeding to be stayed while the underlying English litigation is stayed;

**IT IS STIPULATED AND AGREED AS FOLLOWS:**

1. The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk and serving such notice upon the undersigned appellee, provided that such written notice is not filed later than March 17, 2026.

2. The time, if any, tolled under Local Rule 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

3. If not timely reinstated, the appeal shall be mandated pursuant to Federal Rule of Appellate Procedure 41.

Dated: September 17, 2025　　　　　　STEPTOE LLP

　　　　　　　　　　　　　　　　　　*/s/ Nathaniel J. Kritzer*
　　　　　　　　　　　　　　　　　　Nathaniel J. Kritzer
　　　　　　　　　　　　　　　　　　*nkritzer@steptoe.com*
　　　　　　　　　　　　　　　　　　Joseph M. Sanderson
　　　　　　　　　　　　　　　　　　*josanderson@steptoe.com*
　　　　　　　　　　　　　　　　　　STEPTOE LLP
　　　　　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　(212) 506-3900

　　　　　　　　　　　　　　　　　　*Counsel for Appellant*

Dated: September 17, 2025        BROWN RUDNICK LLP

*/s/ Lauren Tabaksblat*

Lauren Tabaksblat
*ltabaksblat@brownrudnick.com*
Tyler D. Purinton
*tpurinton@brownrudnick.com*
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
(212) 209-4800

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I am electronically filing the foregoing with the Clerk of Court for the United States Court of Appeals for the Second Circuit by using the appellate ACMS system on September 17, 2025.

I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated: September 17, 2025	STEPTOE LLP

*/s/ Nathaniel J. Kritzer*
Nathaniel J. Kritzer
*nkritzer@steptoe.com*
Joseph M. Sanderson
*josanderson@steptoe.com*
STEPTOE LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Appellant*

1