# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-five,

In Re: Application of

Moussy Salem,

      Applicant,

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. ? 1782 FROM JPMORGAN CHASE BANK, N.A.

------------------------------------------------------------------------

Moussy Salem,

      Applicant - Appellee,

v.

Freddy Salem,

      Interested Party - Appellant.

**ORDER**
Docket No. 24-1940

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

