Joseph M. Sanderson
212 378 7615
josanderson@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com



March 17, 2026

**<u>VIA ACMS</u>**

Ms. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Moussy Salem v. Freddy Salem*, No. 24-1940
               **Reinstatement of Appeal Pursuant to Local Rule 42.1**

Dear Ms. O'Hagan Wolfe:

      We write on behalf of Appellant Freddy Salem in the above-captioned matter. On September 17, 2025, the parties filed a stipulation pursuant to Local Rule 42.1 withdrawing the appeal without prejudice, which was so-ordered the same day. We write to timely reinstate the above-captioned appeal pursuant to Local Rules 42.1 and 31.2.

      We note that settlement negotiations regarding the parties' and their family members' and related entities' and trusts' various disputes remain ongoing in the United Kingdom, but have not yet resulted in a final settlement. Accordingly, while we are constrained by today's final deadline to reinstate this appeal, we nonetheless remain hopeful that the underlying matter upon which this 28 U.S.C. § 1782(a) proceeding was based will be settled soon.

                         Respectfully submitted,

                         /s/ Joseph M. Sanderson

                         Joseph M. Sanderson

cc:    Moussy Salem, pro se
            via email, by agreement of the parties: sgoldring@fladgate.com;
            jjamieson@fladgate.com; eparkes@fladgate.com